UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DEVON PATTERSON,

    Defendant.
_____/

Case No. 15-20652-10

HON. GEORGE CARAM STEEH

ORDER DENYING DEFENDANT'S MOTION FOR
SEVERANCE AND SEPARATE TRIAL [DOC. 606]

The matter is presently before the court on defendant Devon Patterson's motion for severance and separate trial. The court heard oral argument on the motion on September 7, 2017. For the reasons stated on the record, including the fact that the government has agreed that it will not try any defendant facing the death penalty in the same trial group with any other defendant not facing the death penalty, defendant's motion for severance and separate trial is DENIED.

    IT IS SO ORDERED.

Dated: October 3, 2017

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 3, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk