UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

DEVON PATTERSON,

    Defendant.
_____/

Case No. 15-20652-10

HON. GEORGE CARAM STEEH

ORDER DENYING AS MOOT DEFENDANT'S
MOTION FOR GOVERNMENT AGENTS TO RETAIN
ROUGH NOTES AND FOR DISCLOSURE PRIOR
TO EVIDENTIARY HEARINGS AND/OR TRIAL [DOC. 602]

This matter comes before the court on defendant Devon Patterson's motion for government agents to retain rough notes and for disclosure prior to evidentiary hearings and/or trial. Patterson's motion is joined in by defendant Billy Arnold [doc. 614]. Defendant's counsel has received and reviewed summary reports from the investigation, but moves to assure that the agents preserve the actual rough notes on which said summaries are based.

The government responds that it intends to retain the rough notes that federal agents have made in connection with the investigation of this case, as well as any rough notes it obtains from state investigators. The

government states that it is aware of its obligation to preserve the rough notes, and to the extent the government discovers any inconsistencies between the rough notes and formal reports that have been produced, any omissions, or any *Brady* information not contained in the formal reports, it will disclose the rough notes to defendants in a timely fashion.

Defendant's motion is premature.   Now, therefore,

IT IS HEREBY ORDERED THAT defendant's motion is denied as moot.

IT IS SO ORDERED.

Dated:   December 14, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 14, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk